**Entered on Docket**
**January 19, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
                TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
                WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PAUL ANDREW BABCOCK AND<br>LORRAINE CHRIS BUCKETT,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-29713-mkn<br>Chapter 7<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    December 16, 2009<br>Time:    1:30 P.M. |

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2  Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World

3  Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing

4  in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

5    The court having duly considered the papers and pleadings on file herein and

6  being fully advised thereon and finding cause therefor:

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

8    The automatic stay of 11 United States Code section 362 is hereby immediately

9  terminated as it applies to the enforcement by Movant of all of its rights in the real property

10  under the Note and Deed of Trust encumbering the real property commonly known as 1682 Long

11  Horizon Ln, Henderson, Nevada 89074-2902 ("Real Property"), which is legally described as:

12

13    LOT ONE HUNDRED THIRTY (130) IN BLOCK
    THREE (3) OF TREVISO, AS SHOWN BY MAP
    THEREOF ON FILE IN BOOK 54 OF PLATS,
14    PAGE 17, IN THE OFFICE OF THE COUNTY
    RECORDER OF CLARK COUNTY, NEVADA.
15

16    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

17  offer and provide Debtors with information re: a potential Forbearance Agreement, Loan

18  Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

19  may enter into such agreement with Debtors.  However, Movant may not enforce, or threaten to

20  enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this

21  bankruptcy case.

22   APPROVED/DISAPPROVED

23

24   _____
   DAVID A. ROSENBERG
   TRUSTEE

25  /././

26  /././

27  /././

28  /././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐        The court has waived the requirement of approval under LR 9021.

4    ☐        No parties appeared or filed written objections, and there is no trustee appointed in the

5    case.

6

7    ☒        I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

8    any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

9    and each has approved or disapproved the order, or failed to respond, as indicated below [list

10    each party and whether the party has approved, disapproved, or failed to respond to the

11    document]:

12    ☐        Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13    ☐        Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

14    ☒        Failed to respond. - Trustee

15

16                                                        ###

17    Submitted by:

18    /s/ JACQUE A. GRUBER
     4375 Jutland Drive, Suite 200
19    P.O. Box 17933
     San Diego, CA 92177-0933
20    (858) 750-7600
     NV Bar #11385
21    Attorney for WELLS FARGO
     BANK, N.A., SUCCESSOR
22    BY MERGER TO WELLS
     FARGO BANK SOUTHWEST,
23    N.A. FORMERLY KNOWN
     AS WACHOVIA MORTGAGE,
24    FSB, FKA WORLD SAVINGS
     BANK, FSB

25

26

27

28